| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Pratter, Gene E | 2. Court or Organization U.S. District Court, E.D. Pa. | 3. Date of Report 04/3/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address 7614 United States Courthouse Sixth & Markets Streets Philadelphia, PA 19106-1752 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2007 APR 13 A 11:00 RECEIVED FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2007 | Post-resignation return of capital. Parties: Duane Morris LLP & Gene E.K. Pratter. Capital will be returned in 2007. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 04/3/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Duane Morris LLP (Post Retirement Distribution) | $ 100,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Duane Morris LLP (Post Retirement Distribution) |
| 2. 2006 | PMA Capital Corporation (Sr. VP & General Counsel) |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. New York Intellectual Property Law Association | March 2006 - New York, NY - Annual Dinner in Honor of the Federal Judiciary (Transportation, Food and Lodging) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 04/3/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 04/3/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Total Bond Market Index - Retirement #2 | B | Dividend | K | T | Buy Monthly | | J | | |
| 2. Vanguard Index 500 - Retirement #2 | C | Dividend | L | T | Buy Monthly | | J | | |
| 3. Vabguard Windsor II - Retirement #2 | A | Dividend | J | T | Buy Monthly | | J | | |
| 4. Vanguard International Growth - Retirement #2 | D | Dividend | L | T | Buy Monthly | | J | | |
| 5. PMA Common Stock - Retirement #2 | | None | K | T | Buy Monthly | | J | | |
| 6. Vanguard Total Bond Market Index - Retirement #3 | B | Dividend | K | T | Buy Monthly | | J | | |
| 7. Vanguard Index 500 - Retirement #3 | C | Dividend | K | T | Buy Monthly | | J | | |
| 8. Vanguard Windsor II - Retirement #3 | C | Dividend | L | T | Buy Monthly | | J | | |
| 9. Vanguard International Growth - Retirement #3 | C | Dividend | K | T | Buy Monthly | | J | | |
| 10. DFA US Small Cap Value - Retirement #5 | A | Dividend | J | T | Partial Sale | 8/2 | J | A | |
| 11. DFA US Large Cap Value - Retirement #5 | A | Dividend | J | T | | | | | |
| 12. Federated US Gov't 1 - 3 - Retirement #5 | A | Dividend | J | T | | | | | |
| 13. First Eagle Overseas - Retirement #5 | B | Dividend | J | T | | | | | |
| 14. Janus Fund - Retirement #5 | A | Dividend | J | T | | | | | |
| 15. Janus Overseas - Retirement #5 | A | Dividend | J | T | | | | | |
| 16. NB Fasciano - Retirement #5 | A | Dividend | J | T | Partial Sale | 8/2 | J | A | |
| 17. Schwab Money Market - Retirement #5 | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 04/3/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Westcore MIDCO Growth - Retirement #5 | A | Dividend | J | T | | | | | |
| 19. Janus Mid Cap Value - Retirement #5 | A | Dividend | J | T | | | | | |
| 20. William Blair Int'l Small Growth - Retirement #5 | A | Dividend | J | T | Buy | 8/2 | J | | |
| 21. Federated US Gov't 1 - 3 - Retirement #6 | A | Dividend | J | T | | | | | |
| 22. PMA Common Stock - Retirement #6 | | None | K | T | | | | | |
| 23. Royce Opportunity - Retirement #6 | A | Distribution | J | T | | | | | |
| 24. Schwab Money Market - Retirement #6 | A | Dividend | J | T | | | | | |
| 25. Thornburg Value - Retirement #6 | A | Dividend | J | T | | | | | |
| 26. Janus Overseas - Retirement #6 | A | Dividend | J | T | | | | | |
| 27. Van Kampen Comstock - Retirement #6 | A | Dividend | J | T | | | | | |
| 28. Janus Fund - Retirement #6 | A | Dividend | J | T | | | | | |
| 29. StoneRidge Small Cap - Retirement #7 | | None | L | T | Partial Sale | 2/2 | K | C | |
| 30. Baron Growth - Retirement #7 | C | Dividend | L | T | Partial Sale | 2/2 | L | E | |
| 31. Brandywine - Retirement #7 | B | Distribution | M | T | | | | | |
| 32. DFA US Micro Cap - Retirement #7 | C | Dividend | K | T | | | | | |
| 33. DFA Emerging Markets Core Equity - Retirement #7 | B | Dividend | L | T | | | | | |
| 34. DFA International Small Value - Retirement | A | Dividend | J | T | Buy | 11/4 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 04/3/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| #7 | | | | | | | | | |
| 35. DFA International Value - Retirement #7 | D | Dividend | M | T | Buy | 2/2 | L | | |
| 36. | | | | | Buy | 8/2 | K | | |
| 37. | | | | | Buy | 10/26 | K | | |
| 38. DFA One Year Fixed - Retirement #7 | D | Dividend | N | T | | | | | |
| 39. DFA US Small Cap Value - Retirement #7 | D | Dividend | L | T | | | | | |
| 40. DFA US Large Cap Value - Retirement #7 | D | Dividend | M | T | Partial Sale | 10/26 | K | D | |
| 41. DFA Int'l Small Cap Value - Retirement #7 | C | Dividend | K | T | Buy | 8/2 | J | | |
| 42. | | | | | Buy | 10/26 | J | | |
| 43. Dodge & Cox Stock - Retirement #7 | D | Dividend | M | T | Partial sale | 8/2 | L | E | |
| 44. Federated US Gov't 1 - 3 - Retirement #7 | D | Dividend | M | T | | | | | |
| 45. First Eagle Overseas - Retirement #7 | D | Dividend | L | T | Buy | 8/2 | J | | |
| 46. | | | | | Buy | 10/26 | J | | |
| 47. Hotchkis & Wiley Mid Cap Value - Retirement #7 | E | Dividend | M | T | | | | | |
| 48. Julius Baer International Equity - Retirement #7 | D | Dividend | L | T | | | | | |
| 49. Morgan Stanley International Equity - Retirement #7 | E | Dividend | M | T | Partial Sale | 2/2 | L | C | |
| 50. | | | | | Buy | 8/2 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F.=$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 04/3/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 51. | | | | | Buy | 10/26 | K | | |
| 52. Morgan Stanley Emerging Markets - Retirement #7 | D | Dividend | L | T | | | | | |
| 53. Royce Opportunity - Retirement #7 | D | Dividend | L | T | Partial Sale | 8/2 | J | C | |
| 54. Schwab Money Market - Retirement #7 | A | Dividend | J | T | | | | | |
| 55. Vanguard Growth Equity - Retirement #7 | | None | M | T | | | | | |
| 56. Westcore International Frontier - Retirement #7 | A | Dividend | L | T | | | | | |
| 57. Westcore Mid Cap Value - Retirement #7 | C | Dividend | M | T | | | | | |
| 58. Westcore Growth - Retirement #7 | A | Dividend | M | T | | | | | |
| 59. Westcore MIDCO Growth - Retirement #7 | E | Dividend | M | T | | | | | |
| 60. William Blair International Growth - Retirement #7 | D | Dividend | M | T | | | | | |
| 61. Janus Overseas - Retirement #7 | A | Dividend | L | T | | | | | |
| 62. Hotchkis & Wiley Large Cap Value - Retirement #7 | D | Dividend | M | T | Partial Sale | 10/26 | K | D | |
| 63. Royce Value Plus - Retirement #7 | B | Dividend | L | T | | | | | |
| 64. Third Avenue International Value - Retirement #7 | D | Dividend | M | T | | | | | |
| 65. William Blair Large Growth - Retirement #7 | | None | L | T | | | | | |
| 66. Schwab Value Advantage - Retirement #7 | B | Dividend | K | T | Buy | 2/2 | J | | |
| 67. Adams Harkness Small Gowth - Retirement | | None | K | T | Buy | 2/2 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 04/3/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| #7 | | | | | | | | | |
| 68. William Blair Int'l Small Growth - Retirement #7 | A | Dividend | K | T | Buy | 8/2 | J | | |
| 69. | | | | | Buy | 10/26 | J | | |
| 70. Schwab Money Market - Trust #1 | A | Dividend | J | T | | | | | |
| 71. Dodge & Cox Stock - Trust #1 | B | Dividend | K | T | Partial Sale | 8/2 | J | B | |
| 72. Schroder Short Term Muni - Trust #1 | C | Dividend | L | T | | | | | |
| 73. Baron Growth - Trust #1 | A | Dividend | K | T | | | | | |
| 74. Brandywine - Trust #1 | A | Dividend | K | T | | | | | |
| 75. Federated Short Term Muni - Trust #1 | A | Dividend | K | T | | | | | |
| 76. First Eagle Overseas - Trust #1 | B | Dividend | K | T | | | | | |
| 77. Hotchkis & Wiley Large Cap Value - Trust #1 | A | Dividend | K | T | Partial Sale | 12/18 | J | B | |
| 78. Hotchkis & Wiley Mid Cap Value - Trust #1 | C | Dividend | K | T | | | | | |
| 79. Janus Fund - Trust #1 | A | Dividend | K | T | | | | | |
| 80. Janus Overseas - Trust #1 | A | Dividend | K | T | | | | | |
| 81. Julius Baer International Equity - Trust #1 | B | Dividend | K | T | | | | | |
| 82. Morgan Stanley International Equity - Trust #1 | C | Dividend | K | T | | | | | |
| 83. Morgan Stanley Emerging Markets - Trust | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 04/3/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| #1 | | | | | | | | | |
| 84. NB Fasciano - Trust #1 | A | Dividend | J | T | Partial Sale | 2/2 | J | A | |
| 85. Royce Opportunity - Trust #1 | B | Dividend | K | T | Partial Sale | 8/2 | J | A | |
| 86. Westcore Mid Cap Value - Trust #1 | A | Dividend | K | T | Partial Sale | 12/18 | J | B | |
| 87. Westcore Growth - Trust #1 | A | Dividend | K | T | | | | | |
| 88. Westcore MIDCO Growth - Trust #1 | C | Dividend | K | T | | | | | |
| 89. DFA Tax Managed Marketwide Value - Trust #1 | A | Dividend | K | T | | | | | |
| 90. DFA Tax Managed US Small Cap Value - Trust #1 | B | Dividend | K | T | | | | | |
| 91. DFA US Micro Cap - Trust #1 | A | Dividend | J | T | | | | | |
| 92. Third Avenue International Value - Trust #1 | C | Dividend | K | T | Buy | 2/2 | J | | |
| 93. Westcore International Frontier - Trust #1 | A | Dividend | K | T | Buy | 2/2 | J | | |
| 94. | | | | | Buy | 8/2 | J | | |
| 95. DFA Tax Mgd Int'l Value - Trust #1 | A | Dividend | K | T | Buy | 8/2 | J | | |
| 96. | | | | | Buy | 12/18 | J | | |
| 97. DFA One Year Fixed - Custodial #1 | B | Dividend | K | T | | | | | See Section VIII |
| 98. Federated US Gov't 1 - 3 - Custodial #1 | A | Dividend | K | T | | | | | |
| 99. Dodge & Cox Stock - Custodial #1 | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 04/3/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. First Eagle Overseas - Custodial #1 | A | Dividend | J | T | | | | | |
| 101. Janus Fund - Custodial #1 | A | Dividend | K | T | | | | | |
| 102. Julius Baer International Equity - Custodial #1 | B | Dividend | J | T | | | | | |
| 103. Morgan Stanley International Equity - Custodial #1 | B | Dividend | J | T | | | | | |
| 104. NB Fasciano - Custodial #1 | A | Dividend | J | T | | | | | |
| 105. PMA Common Stock - Custodial #1 | | None | J | T | Partial Sale | 5/23 | K | A | ▬▬ Gene Pratter |
| 106. Royce Opportunity - Custodial #1 | B | Dividend | K | T | Partial Sale | 2/2 | J | B | |
| 107. Schwab Money Market - Custodial #1 | A | Dividend | K | T | | | | | |
| 108. Westcore Mid Cap Value - Custodial #1 | A | Dividend | K | T | | | | | |
| 109. Westcore MIDCO Growth - Custodial #1 | B | Dividend | K | T | | | | | |
| 110. DFA Emerging Markets Core Equity - Custodial #1 | A | Dividend | J | T | | | | | |
| 111. DFA International Small Cap Value - Custodial #1 | A | Dividend | J | T | Buy | 2/2 | J | | |
| 112. DFA Tax Mgd Int'l Value - Custodial #1 | A | Dividend | J | T | Buy | 5/31 | J | | |
| 113. Thornburg Int'l Value - Custodial #1 | A | Dividend | J | T | Buy | 5/31 | J | | |
| 114. Westcore Int'l Frontier - Custodial #1 | A | Dividend | J | T | Buy | 5/31 | J | | |
| 115. Baron Growth - Brokerage #1 | B | Dividend | K | T | | | | | |
| 116. Brandywine Fund - Brokerage #1 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 04/3/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. DFA Tax Mgd US Marketwide Value - Brokerage #1 | A | Dividend | L | T | | | | | |
| 118. DFA Tax Mgd US Small Cap Value - Brokerage #1 | C | Dividend | K | T | | | | | |
| 119. DFA Emerging Markets Core Equity - Brokerage #1 | A | Dividend | K | T | | | | | |
| 120. DFA Tax Mgd International Value - Brokerage #1 | B | Dividend | K | T | Buy | 7/13 | K | | |
| 121. East River Bank Stock - Brokerage #1 | | None | K | U | Buy | 1/23 | K | | |
| 122. Federated Short Term Muni - Brokerage #1 | B | Dividend | L | T | | | | | |
| 123. First Eagle Overseas - Brokerage #1 | B | Dividend | K | T | | | | | |
| 124. Janus Fund - Brokerage #1 | A | Dividend | K | T | | | | | |
| 125. Janus Overseas - Brokerage #1 | A | Dividend | K | T | | | | | |
| 126. Janus Mid Cap Value - Brokerage #1 | B | Dividend | K | T | | | | | |
| 127. Julius Baer International Equity - Brokerage #1 | B | Dividend | J | T | | | | | |
| 128. Morgan Stanley International Equity - Brokerage #1 | C | Dividend | K | T | | | | | |
| 129. PMA Capital Common Stock - Brokerage #1 | | None | M | T | Buy | 5/23 | K | | ▬▬▬▬▬ |
| 130. Schwab Money Market - Brokerage #1 | B | Dividend | K | T | | | | | |
| 131. Schwab Muni Value Advantage - Brokerage #1 | A | Dividend | L | T | Buy | 7/13 | L | | |
| 132. Sound Shore - Brokerage #1 | C | Dividend | K | T | | | | | |
| 133. Westcore MIDCO Growth - Brokerage #1 | D | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 04/3/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134. Schroder Short Term Muni - Brokerage #1 | C | Dividend | M | T | | | | | |
| 135. Hotchkis & Wiley Large Cap Value - Brokerage #1 | A | Dividend | K | T | | | | | |
| 136. Royce Value Plus - Brokerage #1 | A | Dividend | J | T | | | | | |
| 137. Third Avenue International Value - Brokerage #1 | C | Dividend | K | T | Buy | 7/13 | J | | |
| 138. Thornburg Int'l Value - Brokerage #1 | A | Dividend | J | T | Buy | 7/13 | J | | |
| 139. William Blair Int'l Small Growth - Brokerage #1 | A | Dividend | J | T | Buy | 7/13 | J | | |
| 140. Westcore International Frontier - Brokerage #1 | A | Dividend | J | T | | | | | |
| 141. William Blair Large Growth - Brokerage #1 | | None | K | T | | | | | |
| 142. Baron Growth - Brokerage #2 | A | Dividend | K | T | Partial Sale | 2/2 | J | B | |
| 143. DFA US Micro Cap - Brokerage #2 | A | Dividend | J | T | | | | | |
| 144. DFA Tax Mgd Marketwide Value - Brokerage #2 | A | Dividend | K | T | | | | | |
| 145. DFA Tax Mgd US Small Cap Value - Brokerage #2 | B | Dividend | K | T | | | | | |
| 146. DFA Tax Mgd Int'l Value - Brokerage #2 | | None | J | T | Buy | 12/20 | J | | |
| 147. Dodge & Cox Stock - Brokerage #2 | B | Dividend | K | T | Partial Sale | 2/2 | J | B | |
| 148. | | | | | Partial Sale | 12/20 | J | C | |
| 149. Federated Short Term Muni - Brokerage #2 | B | Dividend | K | T | Partial Sale | 6/20 | K | A | |
| 150. First Eagle Overseas - Brokerage #2 | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 04/3/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 151. Hotchkis & Wiley Large Cap Value - Brokerage #2 | A | Dividend | J | T | | | | | |
| 152. Hotchkis & Wiley Mid Cap Value - Brokerage #2 | C | Dividend | K | T | Partial Sale | 2/2 | J | B | |
| 153. Janus Fund - Brokerage #2 | A | Dividend | K | T | | | | | |
| 154. Janus Overseas - Brokerage #2 | A | Dividend | K | T | | | | | |
| 155. Julius Baer International Equity - Brokerage #2 | B | Dividend | K | T | | | | | |
| 156. Morgan Stanley International Equity - Brokerage #2 | C | Dividend | K | T | | | | | |
| 157. Morgan Stanley Emerging Markets - Brokerage #2 | D | Dividend | K | T | Purchase | 2/2 | K | | |
| 158. NB Fasciano - Brokerage #2 | A | Dividend | K | T | | | | | |
| 159. Royce Opportunity - Brokerage #2 | C | Dividend | K | T | Partial Sale | 12/1 | J | A | |
| 160. Schwab Money Market - Brokerage #2 | A | Dividend | J | T | | | | | |
| 161. Schwab Muni Value Advantage - Brokerage #2 | A | Dividend | K | T | Buy | 10/16 | K | | |
| 162. Schroder Short Term Muni - Brokerage #2 | C | Dividend | M | T | | | | | |
| 163. US Treasury 10/15/06 - Brokerage #2 | A | Dividend | | | Sale | 10/15 | K | A | |
| 164. Third Avenue International Value - Brokerage #2 | B | Dividend | K | T | Buy | 12/20 | J | | |
| 165. Westcore Mid Cap Value - Brokerage #2 | A | Dividend | K | T | | | | | |
| 166. Westcore Growth - Brokerage #2 | A | Dividend | K | T | | | | | |
| 167. Westcore MIDCO Growth - Brokerage #2 | D | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 04/3/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 168. Westcore International Frontier - Brokerage #2 | A | Dividend | J | T | | | | | |
| 169. DFA One Year Fixed - Retirement #8 | D | Dividend | N | T | | | | | |
| 170. Federated US Gov't 1 - 3 - Retirement #8 | D | Dividend | M | T | | | | | |
| 171. Baron Growth - Retirement #8 | B | Dividend | K | T | Partial Sale | 8/2/0 | J | A | |
| 172. Brandywine Fund - Retirement #8 | A | Dividend | L | T | | | | | |
| 173. DFA Emerging Markets Core Equity - Retirement #8 | B | Dividend | L | T | | | | | |
| 174. DFA International Value - Retirement #8 | C | Dividend | M | T | Buy | 2/2 | K | | |
| 175. | | | | | Buy | 8/2 | J | | |
| 176. | | | | | Buy | 10/26 | J | | |
| 177. DFA US Large Cap Value - Retirement #8 | C | Dividend | L | T | Partial Sale | 8/2 | J | A | |
| 178. DFA US Small Cap Value - Retirement #8 | C | Dividend | L | T | | | | | |
| 179. DFA US Micro Cap - Retirement #8 | B | Dividend | K | T | | | | | |
| 180. Dodge & Cox Stock - Retirement #8 | C | Dividend | L | T | Partial Sale | 8/2 | K | B | |
| 181. DFA Int'l Small Cap Value - Retirement #8 | A | Dividend | J | T | Buy | 8/2 | J | | |
| 182. First Eagle Overseas - Retirement #8 | D | Dividend | K | T | Buy | 8/2 | J | | |
| 183. | | | | | Buy | 10/26 | J | | |
| 184. Hotchkis & Wiley Large Cap Value - | C | Dividend | L | T | Partial Sale | 10/26 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 04/3/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Retirement #8 | | | | | | | | | |
| 185. Janus Fund - Retirement #8 | A | Dividend | M | T | Partial Sale | 10/26 | K | B | |
| 186. Janus Mid Cap Value - Retirement #8 | D | Dividend | L | T | | | | | |
| 187. Janus Overseas - Retirement #8 | A | Dividend | L | T | | | | | |
| 188. Julius Baer International Equity - Retirement #8 | C | Dividend | K | T | | | | | |
| 189. Morgan Stanley Emerging Markets - Retirement #8 | D | Dividend | K | T | | | | | |
| 190. Morgan Stanley International Equity - Retirement #8 | E | Dividend | L | T | Partial Sale | 2/2 | K | A | |
| 191. | | | | | Buy | 8/2 | J | | |
| 192. | | | | | Buy | 10/26 | J | | |
| 193. NB Fasciano - Retirement #8 | B | Dividend | K | T | Partial Sale | 8/2 | J | A | |
| 194. Royce Opportunity - Retirement #8 | C | Dividend | K | T | | | | | |
| 195. Royce Value Plus - Retirement #8 | A | Dividend | K | T | Partial Sale | 8/2 | K | C | |
| 196. Schwab Money Market - Retirement #8 | B | Dividend | K | T | | | | | |
| 197. StoneRidge Small Cap Equity - Retirement #8 | | None | K | T | | | | | |
| 198. Third Avenue International Value - Retirement #8 | D | Dividend | L | T | | | | | |
| 199. Vanguard Growth Equity - Retirement #8 | | None | K | T | | | | | |
| 200. Westcore International Frontier - Retirement | A | Dividend | L | T | Buy | 8/2 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 04/3/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| #8 | | | | | | | | | |
| 201. Westcore Mid Cap Value - Retirement #8 | B | Dividend | M | T | | | | | |
| 202. Westcore MIDCO Growth - Retirement #8 | D | Dividend | L | T | | | | | |
| 203. William Blair International Growth - Retirement #8 | D | Dividend | L | T | Buy | 8/2 | K | | |
| 204. William Blair Large Cap Growth - Retirement #8 | | None | L | T | | | | | |
| 205. Equitable Variable Life - Alliance Common Stock | | None | M | T | Buy | 1/24 | J | | |
| 206. | | | | | Buy | 4/19 | J | | |
| 207. | | | | | Buy | 7/17 | J | | |
| 208. | | | | | Buy | 10/20 | J | | |
| 209. Equitable Variable Life - Alliance International | | None | K | T | Buy | 1/24 | J | | |
| 210. | | | | | Buy | 4/19 | J | | |
| 211. | | | | | Buy | 7/17 | J | | |
| 212. | | | | | Buy | 10/20 | J | | |
| 213. Duane Morris LLP Partnership Capital Account | D | Dividend | M | U | | | | | See note in Part VIII |
| 214. Carlyle Real Estate LLP | A | Dividend | J | T | | | | | |
| 215. Wheeler Terrace LTD | A | Dividend | J | T | | | | | |
| 216. PNC Accounts | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 04/3/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217.  Nantucket Bank Account | A | Dividend | J | T | | | | | |
| 218.  Wescott Nova LP | | None | K | T | | | | | |
| 219.  PMA Restricted Stock | | None | M | T | Award | 3/15 | M | | See note in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Section VII. Retirement #1 no longer exists. See notes in 2005 Disclosure Report.

2. Section VII. Retirement #4 no longer exists. See notes in 2005 Disclosure Report.

3. Section VII. Custodial #1. This account was changed to a non-custodial account in March, 2006. All information was included for 2006, but will not be required to appear on future Discloure Reports.

4. Section VII. DM Partnership Capital Account (line 213). As disclosed in Section II, Agreements, the Filer receives a return of capital in 2006 and 2007. In 2006, the Filer's return of capital had a value code of "M".

5. Section VII. Filer's spouse was awarded restricted shares of company stock as a bonus on 3/15/06.

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E | 04/3/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____                    Date _April 6, 2007_

NOTE: ANY ............................................ES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544